UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-261 DSD

UNITED STATES OF AMERICA,

Plaintiff,

v. ORDER

DON BARTH,

Defendant.

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 9th day of December, 2003.

J Earl Cudd

UNITED STATES MAGISTRATE JUDGE

FILED DEC 0 9 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______